# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States of America
_____
_____

**Plaintiff(s),**

**v.**                          Criminal              **NO:** 3:21-MJ-138 _____

Jonathan Toebbe
_____
Diana Toebbe
_____

**Defendant(s).**

## ORDER APPROVING DEPARTMENT OF JUSTICE ATTORNEY'S
## APPLICATION TO APPEAR PRO HAC VICE

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jessica Lieber Smolar _____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: _____

_____
United States District Judge