```
 1                IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

 3

 4

 5   United States of America,

 6           Plaintiff,

 7   vs.                         Criminal Action No.: 3:21-mj-138-1

 8   Jonathan Toebbe,

 9           Defendant.

10

11           Proceedings had in the Initial Hearing in the

12   above-styled action on October 12, 2021, before the Honorable

13   Robert W. Trumble, Magistrate Judge, at Martinsburg,

14   West Virginia.

15                            APPEARANCES

16   On behalf of the United States of America:

17           Jarod J. Douglas
             Assistant United States Attorney
18           United States Attorney's Office
             P.O. Box 591
19           Wheeling, WV  26003

20           Jessica Lieber Smolar
             Assistant United States Attorney
21           United States Attorney's Office
             700 Grant Street, Ste. 4000
22           Pittsburgh, PA  15219

23   The defendant was present in person.

24
     Proceedings reported by means of digital recording; transcript
25   produced by computer-aided transcription.
```

```
 1            (Digitally-recorded proceedings in open court.)
 2                    (October 12, 2021, 10:58 A.M.)
 3                              - - -
 4            THE COURT:  Good morning, everyone.  Please be
 5   seated.
 6       All right.  Good morning.  If the parties are ready to
 7   proceed, Tara, would you call the case, please.
 8            THE CLERK:  This is the case of the United States of
 9   America versus Jonathan Toebbe, Criminal No. 3:21-mj-138,
10   defendant 1.
11       The government is represented by counsel Jarod Douglas and
12   Jessica Smolar, Assistant United States Attorneys.  The
13   defendant is present and in person.
14       Are the parties ready to proceed?
15            MR. DOUGLAS:  The government is ready to proceed,
16   Your Honor.
17            THE COURT:  All right.  Good morning, everyone.
18   We're scheduled for an initial appearance on a complaint this
19   morning.  And just before we get started, I note that several
20   people are participating by Zoom conference.  Anybody that's
21   participating by Zoom conference, make sure that your
22   microphones are off and that your cameras are off as well.
23       Mr. Toebbe, do you understand English, sir?
24            THE DEFENDANT:  Yes, sir.
25            THE COURT:  All right.  My name is Robert Trumble.
```

```
 1  I'm the United States Magistrate Judge.  Would you stand and be
 2  sworn by the clerk, please.
 3       (The defendant was sworn in.)
 4            THE DEFENDANT:  I do.
 5            THE COURT:  Thank you.  Please be seated.
 6       Mr. Toebbe, are you a citizen of the United States?
 7            THE DEFENDANT:  Yes, Your Honor.
 8            THE COURT:  Sir, would you state your full name for
 9  the record, please.
10            THE DEFENDANT:  Jonathan Smay Toebbe.
11            THE COURT:  And, Mr. Toebbe, what is your date of
12  birth?
13            THE DEFENDANT:  November 9, 1978.
14            THE COURT:  And what is your physical address?  Where
15  do you reside, sir?
16            THE DEFENDANT:  125 Boyd Drive, Annapolis, Maryland,
17  21403.
18            THE COURT:  All right.  I -- before we proceed, I
19  have somebody that's participating by Zoom.  You'll have to
20  turn off your camera, please.  Anybody participating by Zoom,
21  keep their cameras off and keep their microphones off.
22       All right, sir, do you have a telephone number or a contact
23  number where you can be reached?
24            THE DEFENDANT:  I only have a cell phone.  It's
25  720-560-2750, sir.
```

1  THE COURT: All right. Thank you.
2   Mr. Toebbe, all persons who are charged with a crime are to
3 be brought before a judge as soon as possible after their
4 arrest. This is an initial appearance. It's not a trial. I'm
5 not here to determine your guilt or innocence here today; but I
6 am here to let you know of the charges that are pending against
7 you, to let you know you have a right to an attorney, and to
8 determine whether you'll be released pending your trial or
9 whether we have to set a detention hearing.
10   Now, sir, you are charged in a criminal complaint filed
11 here in the Northern District of West Virginia. Specifically,
12 you were charged with two offenses. One is conspiracy to
13 communicate restricted data in violation of Title 42, United
14 States Code, Section 2274(a), and the second charge is
15 communication of restricted data in violation of Title 42,
16 United States Code, Section 2274(a). Both of those charges
17 carry a particular penalty; and if you're found guilty of those
18 charges, each charge could result in up to life imprisonment, a
19 fine of $100,000, and five years of supervised release. So
20 those are the charges contained in the complaint and the
21 penalties.
22   I've provided for you in written form your constitutional
23 rights, and they should be on the table in front of you. Do
24 you have them there, sir?
25  THE DEFENDANT: I do, Your Honor.

```
 1              THE COURT:  I'm going to read your constitutional
 2  rights to you and ask that you follow along with me, please.
 3     You have a constitutional right to remain silent.  If you
 4  give up your right to remain silent, anything you say can and
 5  will be used against you in this or any other court of law.
 6  Even if you may have given a statement to the police or others,
 7  you have a constitutional right to make no further statement to
 8  the authorities.  If you start to make a statement, you have a
 9  constitutional right to stop in mid-word or sentence and say no
10  more.  You have a right to counsel to assist you in this
11  matter.  If you cannot afford an attorney, you may qualify to
12  have an attorney appointed to represent you.  And whether
13  appointed or retained, you have the right to the assistance of
14  counsel at every stage of the proceedings against you and
15  during any questioning by the authorities.
16     Mr. Toebbe, do you understand your constitutional rights as
17  I've read them to you?
18              THE DEFENDANT:  I do, Your Honor.
19              THE COURT:  You have a right to retain counsel or ask
20  that counsel be appointed for you if you do not have the funds
21  to hire an attorney.  I have on my bench a financial affidavit
22  that appears to bear your signature.
23     So first of all, sir, did you, in fact, complete this
24  financial affidavit?
25              THE DEFENDANT:  I did, Your Honor.
```

1 THE COURT: Is the information that you provided
2 concerning your income, assets, obligations, and debts true and
3 correct to the best of your knowledge, information, and belief?
4 THE DEFENDANT: To the best of my knowledge, Your
5 Honor, yes.
6 THE COURT: Are there any errors, omissions,
7 corrections, mistakes -- anything that you need to bring to my
8 attention at this time?
9 THE DEFENDANT: No, Your Honor.
10 THE COURT: All right, sir. I find that you qualify
11 for court-appointed counsel and will so order.
12 Mr. Douglas, is the government moving to detain Mr. Toebbe?
13 MR. DOUGLAS: Yes, Your Honor, and the government has
14 filed a written motion.
15 THE COURT: All right. Mr. Toebbe, the government
16 has filed a motion to detain you so you'll have a right to a
17 detention hearing. And we're going to schedule your
18 detention hearing for this coming Friday, October 15, 2021, at
19 10:30 A.M.
20 Because this matter was brought as a complaint, you also
21 have a right to a preliminary examination hearing to
22 determine whether there's probable cause that you committed the
23 offenses to which you are charged. We'll conduct your
24 preliminary examination hearing on Wednesday, October 20, 2021,
25 at 1:00 P.M.

1   Mr. Toebbe, there's nothing really further we can
2  accomplish at an initial appearance.  So with that in mind, you
3  are hereby remanded to the custody of the U.S. Marshals
4  Service, and we stand adjourned.  Thank you.
5
6                (Hearing concluded at 11:04 A.M.)

```
 1                         CERTIFICATE

 2

 3           I, Kate A. Slayden, Registered Professional Reporter
 4   and Official Court Reporter of the United States District Court
 5   for the Northern District of West Virginia, do hereby certify
 6   that the foregoing is a true and correct transcript to the best
 7   of my ability of the digitally-recorded proceedings had in the
 8   above-styled action on October 12, 2021, as transcribed by me.
 9           I certify that the transcript fees and format comply
10   with those prescribed by the Court and Judicial Conference of
11   the United States.
12           Given under my hand this 12th day of October, 2021.
13
14
15                                    /s/Kate A. Slayden
16                                    Kate A. Slayden, RPR, CCR
                                      Official Reporter, United States
17                                    District Court for the Northern
                                      District of West Virginia
18
19
20
21
22
23
24
25
```