**ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS**

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| | |
|---|---|
| 1. NAME: Lisa Ruben Rubin | 2. PHONE NUMBER: 917-608-2038 |
| 4. DELIVERY ADDRESS OR EMAIL: lisa.rubin@nbcuni.com | 3. DATE: 10/12/2021 |
| 8. CASE NUMBER: 3:21-mj-138 | 9. JUDGE: Trumble |
| 12. CASE NAME: US v. Toebbe, Jonathan / US v. Toebbe, Diana | 10. FROM: 10/12/2021 |
| | 13. CITY: Martinsburg  14. STATE: WV |

15. ORDER FOR: [X] CRIMINAL

16. TRANSCRIPT REQUESTED

OTHER (Specify): Initial Hearing — 10-12-2021

17. ORDER

HOURLY [X] — 14 pages — $10.15 (38.25)

ESTIMATE TOTAL: 38.25  10.15

18. SIGNATURE
19. DATE: 10/12/2021

TRANSCRIPT TO BE PREPARED BY: Kate Slayden

COURT ADDRESS:
217 W. King Street, Rm. 214
Martinsburg, WV 25401

| | DATE | BY |
|---|---|---|
| TRANSCRIPT ORDERED | 10/12/2021 | LR |
| TRANSCRIPT RECEIVED / ORDERING PARTY NOTIFIED / PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | 10-12-21 | KS |

DEPOSIT PAID:
TOTAL CHARGES: 38.25
LESS DEPOSIT: 35.25
TOTAL REFUNDED:
TOTAL DUE: 38.25  10.15