IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.          CASE NO. 3:21MJ-138

DIANA TOEBBE,

    Defendant.

## ORDER APPROVING PRO HAC VICE APPLICATION AND GRANTING MOTION TO WAIVE PRO HAC VICE ADMISSION FEES

This matter is before the Court on the Application for Admission Pro Hac Vice of Edward B. MacMahon, Jr., Esquire, and local counsel Barry P. Beck's Motion to Waive Pro Hac Vice Admission Fees and Grant Pro Hac Vice Application. Upon consideration of the foregoing, it is **ORDERED** that the Application for Admission Pro Hac Vice of Edward B. MacMahon, Jr., Esquire is **APPROVED**, and that the motion to waive his pro hac vice admission fees is **GRANTED**.

ENTER: 10-13-2021.

_____
ROBERT W. TRUMBLE
UNITED STATES MAGISTRATE JUDGE