IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

UNITED STATES OF AMERICA,

v.                                                  Criminal Action No. 3:21-CR-49
                                                           (GROH)

JONATHAN TOEBBE and
DIANA TOEBBE,

                     Defendants.

**ORDER APPOINTING CLASSIFIED INFORMATION SECUTIRY OFFICER**

The United States of America has applied for the appointment of a Classified Information Security Officer and alternates pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established pursuant to Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. Finding good cause shown, it is hereby **ORDERED** that the application is **GRANTED**.

It is further **ORDERED**, in accordance with Section 9 of CIPA and the Security Procedures promulgated under Section 9, that the Court designates Harry J. Rucker as the Classified Information Security Officer in this case and the following persons as alternates to serve in the event Mr. Rucker is unavailable: Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, Carli V. Rodriguez-Feo, and Winfield S. Slade.

It is further **ORDERED** that the designated Classified Information Security Officer and alternates shall perform the functions and carry out the duties and responsibilities prescribed in the Security Procedures promulgated under Section 9 of CIPA.

                                                     _____
                                                     HONORABLE GINA M. GROH
                                                     CHIEF UNITED STATES DISTRICT JUDGE