IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

                  CRIMINAL CASE NO: 3:21CR49
                  (GROH)

**JONATHAN TOEBBE ,**

    Defendant.

*FILED OCT 20 2021 U.S. DISTRICT COURT-WVND MARTINSBURG, WV 25401*

## DEFENDANT'S WAIVER OF DETENTION HEARING

I, Defendant Jonathan Toebbe, have consulted with my attorney and have been advised by the Court of my right to a detention hearing. Fully understanding, I hereby waive my right to a detention hearing in this matter.

_____
**DEFENDANT**

_____
**COUNSEL FOR DEFENDANT**

10/20/21
_____
**DATE**