# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

United States of America

        **Plaintiff(s),**

        v.          Criminal          **NO:** 3:21-CR-49

Jonathan Toebbe

Diana Toebbe

        **Defendant(s).**

## ORDER APPROVING DEPARTMENT OF JUSTICE ATTORNEY'S APPLICATION TO APPEAR PRO HAC VICE

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Matthew J. McKenzie, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *October 20, 2021*

                                                           ROBERT W. TRUMBLE
                                                           UNITED STATES MAGISTRATE JUDGE