PS 40
Rev. 10/14

# UNITED STATES DISTRICT COURT
## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:** U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA 20166-1227

Fax (202) 485-6496
E-mail: CA-PPT-CourtOrders@state.gov

**FROM:** U. S. Probation Office
Northern District of West Virginia
217 W. King Street, Rm. 310
Martinsburg, WV 25401

☑ **Original Notice**
Date: 11/9/2021
By: Christine Kaslavage, SUSPO

☐ **Notice of**
Date: Click here to enter a date.
By: Click here to enter text.

Defendant: Toebbe, Jonathan Smay
Date of Birth: ■■■■
SSN: ■■■■

Case Number: 3:21CR49-001
Place of Birth: New Orleans, LA

**Notice of Court Order** (Order Date 10/20/2021)

☑ The above-named defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

☐ The above-named defendant surrendured Passport Number
Click here to enter text. to the custody of the U.S. District Court on Click here to enter a date..

**Notice of Disposition**

The above case has been disposed of.
☐ The above order of the court is no longer in effect.
☐ Defendant not convicted - Document returned to defendant.
☐ Defendant not convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
☐ Defendant convicted - Document and copy of judgement enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court