09 November 2021

Dear Doug,

As requested, please find enclosed a letter designating you an "interested third party" in our mortgage. Thank you so much for helping to manage our affairs and look after the boys while we await trial. I have high hopes that Diana will ultimately be exonerated, and know you will do your best to ensure she is able to land on her feet.

Please remind her that I love her dearly whenever you hear from her.

In case my parents forgot to pass this on: you can send her books, direct from Amazon. If you send it as a gift, you can enclose a brief message of love and support. Believe me, nothing is more precious in here than a good book to help pass the time and keep the mind active.

Bless you and Bev for taking in Liam. Knowing you're there for him in this dark time is a great relief to me, and I'm sure Diana. We will never be able to thank you enough.

With love and gratitude,

Jon


Exhibit 2