```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

 3

 4  United States of America,

 5                      Plaintiff,

 6  vs.                         Criminal Action No. 3:21-cr-49-2

 7  Diana Toebbe,

 8                      Defendant.

 9

10

11        Excerpt of proceedings had in the Detention Hearing

12  in the above-styled action on October 20, 2021, before the

13  Honorable Robert W. Trumble, Magistrate Judge, at Martinsburg,

14  West Virginia.

15

16                           APPEARANCES

17  On behalf of the United States of America:

18          Jarod J. Douglas
            Assistant United States Attorney
19          United States Attorney's Office
            P.O. Box 591
20          Wheeling, West Virginia 26003

21          Jessica Lieber Smolar
            Assistant United States Attorney
22          United States Attorney's Office
            700 Grant Street, Ste. 4000
23          Pittsburgh, Pennsylvania 15219

24  The defendant was present in person.

25  Proceedings reported by means of digital recording; transcript
    produced by official court reporter.
```

Kate A. Slayden, CCR, RPR
217 West King Street, Room 214, Martinsburg, WV
304-267-5688



Exhibit 1

```
 1                APPEARANCES (Continued)
 2

 3  On behalf of the Defendant:
 4           Edward B. MacMahon, Jr., Esq.
             107 East Washington Street
 5           Middleburg, Virginia 20118
 6
             Barry P. Beck, Esq.
 7           Power, Beck & Matzureff Law Office
             308 West Burke Street
 8           Martinsburg, West Virginia  25401
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

PETER OLINITS - RECROSS EXAMINATION

1  BY MS. SMOLAR:
2  Q. The three drops that Diana Toebbe was present for and aided
3  and abetted her husband with in this case on the July 26th --
4  I'm sorry -- June 26th, July 31, and October 9th, she left her
5  children for those drops; correct?
6  A. Yes.
7  Q. And then finally with regard to the Signal messages that we
8  referred to, there's a discussion in here about more than one
9  plan; correct? Plan A and Plan B?
10 A. Correct.
11 Q. Do any of those plans refer to President Trump?
12 A. No. Not that I know of.
13          MS. SMOLAR: No further questions.
14          THE COURT: Any recross?
15                    RECROSS EXAMINATION
16 BY MR. MACMAHON:
17 Q. Sir, you just told us before that this isn't even all the
18 messages. These are the ones you picked out.
19 A. That's correct.
20 Q. Correct. So on the exhibit that you picked out, there's
21 nothing about Donald Trump?
22 A. It has to do with them fleeing the country.
23 Q. Well, that's the way you read it; right? And there are --
24 A. That's what it says.
25 Q. -- other messages that deal with leaving the country

PETER OLINITS - RECROSS EXAMINATION

1  because of President Trump; right?
2  A.  I don't remember specifically but maybe.
3          MR. MACMAHON:  That's all, Your Honor.
4          THE COURT:  Any redirect?
5          MS. SMOLAR:  Nothing further, Your Honor.
6          THE COURT:  All right, sir.  Thank you.  You may step
7  down.  Thank you.
8      (Witness excused).
9
10              (End of requested testimony.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25