IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                         Criminal No. 3:21CR49-1
                                                 (GROH)

**JONATHAN TOEBBE,**

    **Defendant.**

## DEFENDANT'S NOTICE OF CLASSIFIED FILING

Notice is hereby given to the Court and opposing counsel that the Defendant, Jonathan Toebbe, through counsel, Nicholas J. Compton, Assistant Federal Public Defender, has filed his classified Sentencing Memorandum *in camera* and under seal in the above-captioned case with the Classified Information Security Officer today, August 2, 2022.

                                                           Respectfully submitted,

                                                           JONATHAN TOEBBE
                                                           By Counsel

By:     s/*Nicholas J. Compton*
            Nicholas J. Compton
            Attorney for Defendant
            WV State Bar ID 11056
            Federal Public Defender Office
            651 Foxcroft Avenue, Suite 202
            Martinsburg, West Virginia 25401
            Tel. (304) 260-9421
            Fax. (304) 260-3716
            E-Mail. Nicholas_Compton@fd.org

## CERTIFICATION OF SERVICE

I hereby certify that on August 2, 2022 I electronically filed the foregoing, ***Defendant's Notice of Classified Filing***, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Jarod J. Douglas, AUSA
Office of the United States Attorney
1125 Chapline Street, Suite 3000
Wheeling, WV 26003

By:     s/*Nicholas J. Compton*
       Nicholas J. Compton
       Attorney for Defendant
       WV State Bar ID 11056
       Federal Public Defender Office
       651 Foxcroft Avenue, Suite 202
       Martinsburg, West Virginia 25401
       Tel. (304) 260-9421
       Fax. (304) 260-3716
       E-Mail. Nicholas_Compton@fd.org