## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA**

      **Plaintiff,**

v.                                    **CASE NO. 3:21-CR-49-02**

**DIANA TOEBBE,**

      **Defendant.**

### ORDER APPROVING PRO HAC VICE APPLICATION AND
### GRANTING MOTION TO WAIVE PRO HAC VICE ADMISSION FEES

This matter is before the Court on the Application for Admission Pro Hac Vice of Jessica Carmichael, Esquire, and local counsel Barry P. Beck's Motion to Grant Pro Hac Vice Application and Waive Pro Hac Vice Admission Fees. Upon consideration of the foregoing, it is **ORDERED** that the Application for Admission Pro Hac Vice of Jessica Carmichael, Esquire is **APPROVED**, and that the motion to waive her pro hac vice admission fees is **GRANTED**.

ENTER: _____.

                                              _____
                                              United States District Judge