IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

FILED
SEP 27 2022
U.S. DISTRICT COURT
MARTINSBURG, WV

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DIANA TOEBBE,<br><br>Defendant. | CRIMINAL ACTION NO.: 3:21-CR-49-2<br>(GROH) |

## WAIVER OF ARTICLE III JUDGE AND CONSENT TO ENTER GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

I, Diana Toebbe, being charged with Conspiracy to Communicate Restricted Data, in violation of Title 42, United States Code, Section 2274(a), in the Northern District of West Virginia, and being advised of the nature of the charges in the indictment and of my right to have my guilty plea taken by a United States District Judge, hereby waive my right and, instead, consent to have the United States Magistrate Judge hear my guilty plea.

_____      9/27/22
Diana Toebbe                          Date

_____      9/27/22
Counsel for Defendant                 Date

### Concurrence of the United States Attorney

The United States of America and William J. Ihlenfeld, II, United States Attorney for the Northern District of West Virginia, by ___Jarod J. Douglas___, Assistant United States Attorney, hereby consent and agree to have the Federal Magistrate Judge take the defendant's guilty plea in this case.

_____
Assistant United States Attorney