# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**

**v.**  **CRIMINAL ACTION NO. 3:21-CR-49-001 (GROH)**

**JONATHAN TOEBBE,**

      **Defendant.**

## UNITED STATES' NOTICE OF CLASSIFIED FILING

Notice is hereby given to the Court and opposing counsel that the United States filed its Supplemental Classified Sentencing Memorandum *in camera* and under seal in the above-captioned matter with the Classified Information Security Officer today, October 21, 2022.

Respectfully submitted,

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By:     /s/
Jarod J. Douglas, Assistant United States Attorney
Jessica Lieber Smolar, Special Assistant United States Attorney
United States Attorney's Office for the
Northern District of West Virginia
1125 Chapline Street, Suite 3000
Wheeling, WV 26003

   /s/
S. Derek Shugert and Matthew J. McKenzie
Trial Attorneys
Counterintelligence and Export Control Section
National Security Division
United States Department of Justice

## CERTIFICATE OF SERVICE

I, Jarod J. Douglas, Assistant United States Attorney for the Northern District of West Virginia, hereby certify that on the 21st day of October 2022, the foregoing UNITED STATES' NOTICE OF CLASSIFIED FILING, was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Nicholas J. Compton, Esq.
Assistant Federal Public Defender
MVB Bank Building
651 Foxcroft Avenue, Ste. 202
Martinsburg, WV 25401
*Counsel for Defendant Jonathan Toebbe*

WILLIAM IHLENFELD
UNITED STATES ATTORNEY

By:   /s/ Jarod J. Douglas
      Jarod J. Douglas
      Assistant United State Attorney