# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**         **CRIMINAL ACTION NO.: 3:21-CR-49-2**
    **(Chief Judge Groh)**

**DIANA TOEBBE,**

    **Defendant.**

## NOTICE OF APPEAL

On this date, I, Diana Toebbe, Defendant in the above named case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the judgment entered in this action on November 17, 2022.

                          **DEFENDANT**
                          **BY COUNSEL**

/s/ Barry P. Beck
Barry P. Beck
Power, Beck & Matzureff
308 West Burke Street
Martinsburg, WV  25401
(304) 264-8870


/s/ Jessica Carmichael_____
Jessica Carmichael
CARMICHAEL ELLIS & BROCK
Counsel for Diana Toebbe
108 N. Alfred Street, 1st Fl
Alexandria, Virginia 22314
703.684.7908 / Fax 649.6360
jessica@carmichaellegal.com

## CERTIFICATE OF SERVICE

I, Barry P. Beck, counsel for Defendant, hereby certify that on the 29th day of November, 2022, the foregoing **NOTICE OF APPEAL** was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Barry P. Beck
Barry P. Beck
