## APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 11/29/22<br>✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA   ___ Paper Supp.<br>Vols: _____<br>Other: | **District:** West Virginia Northern<br>**Division:** Martinsburg<br>**Caption:**<br>USA<br>v<br>Toebbe | **District Case No.:** 3:21-cr-49 -002<br>**4CCA No(s). for any prior NOA:**<br><br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail  ___ Interlocutory  ___ Recalcitrant Witness  ___ Other _____

**Confinement**-Criminal Case:
- ___ Death row-use DP Transmittal
- ___ Recalcitrant witness
- ✓ In custody
- ___ On bond
- ___ On probation

**Defendant Address**-Criminal Case:
Eastern Regional Jail
94 Grapevine Road
Marinsburg, WV  25405

**Fee Status:**
- ___ No fee required (USA appeal)   ___ Appeal fees paid in full   ✓ Fee not paid

**Criminal Cases:**
- ✓ District court granted & did not revoke CJA status (continues on appeal)
- ___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
- ___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
- ___ Court granted & did not revoke IFP status (continues on appeal)
- ___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
- ___ Court never granted IFP status (must pay fee or apply to 4CCA)

**PLRA Cases:**
- ___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
- ___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**District Judge:** Gina M. Groh

**Court Reporter** (list all): C. Slayden

**Coordinator:** K. Criswell

**Sealed Status** (check all that apply):
- ___ Portions of record under seal
- ___ Entire record under seal
- ___ Party names under seal
- ___ Docket under seal

**Record Status for Pro Se Appeals** (check any applicable):
- ___ Assembled electronic record available upon request
- ___ Additional sealed record available upon request
- ___ Paper record or supplement available upon request
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ___ In-court hearings held – all transcript not on file
- ___ Other:

**Record Status for Counseled Appeals** (check any applicable):
- ✓ Assembled electronic record available upon request
- ___ Additional sealed record available upon request
- ___ Paper record or supplement available upon request
- ___ No in-court hearings held
- ___ In-court hearings held – all transcript on file
- ✓ In-court hearings held – all transcript not on file
- ___ Other:

Deputy Clerk: C. Diamond   Phone: 267-8225   Date: 11/30/22

10/2022