| AO 435 (Rev. 04/18) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| Please Read Instructions: | TRANSCRIPT ORDER | | |

| 1. NAME Stacy Walters | 2. PHONE NUMBER (304) 234-0100 | | 3. DATE 11/30/2022 | |
|---|---|---|---|---|
| 4. DELIVERY ADDRESS OR EMAIL Stacy.M.Walters@usdoj.gov | 5. CITY Wheeling | | 6. STATE WV | 7. ZIP CODE 26003 |
| 8. CASE NUMBER 3:21CR49 | 9. JUDGE Trumble | DATES OF PROCEEDINGS | | |
| | | 10. FROM 2/18/2022 | 11. TO 9/27/2022 | |
| 12. CASE NAME US v. Toebbe | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Martinsburg | 14. STATE WV | |

15. ORDER FOR
- [ ] APPEAL
- [x] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [x] PRE-TRIAL PROCEEDING (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | Plea | 2-18-2022 |
| [ ] OPINION OF COURT | | Plea | 9-27-2022 |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [x] | [ ] | NO. OF COPIES 1 | tps 86 | 417° |
| 3-Day | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

| ESTIMATE TOTAL | 0.00 |
|---|---|

| 18. SIGNATURE /s/ Stacy Walters | PROCESSED BY |
|---|---|
| 19. DATE 11/30/2022 | PHONE NUMBER (304) 234-0100 |
| TRANSCRIPT TO BE PREPARED BY Kate Slayden | COURT ADDRESS 218 W. King Street Martinsburg, WV 25401 |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | 11/30/22 | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 12-7-22 | | TOTAL DUE | 0.00  417° |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY